BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
T: +1.925.300.4455
F: +1.925.407.2700
ltfisher@bursor.com

Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas
New York, NY 10019
T: +1.646.837.7150
F. +1.212.989.9163
pfraietta@bursor.com

GUCOVSCHI ROZENSHTEYN, PLLC.
Adrian Gucovschi (*pro hac vice* forthcoming)
630 Fifth Avenue, Suite 2000
New York, NY 10111
T: +1.212.884.4230
F. +1.212.884.4230
adrian@gr-firm.com

*Counsel for Plaintiff*

William A. Delgado (SBN 222666)
wdelgado@dtolaw.com
DTO LAW
915 Wilshire Boulevard, Suite 1950
Los Angeles, California 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUSTIN BALLARD, individually and on behalf of all other persons similarly situated,

Plaintiff,

vs.

INSOMNIAC HOLDINGS, LLC,

Defendant.

Case 3:25-cv-00811-SI

Hon. Susan Illston

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS**

Pursuant to Civil L.R. 6-2(a) and 7-12, Plaintiff Austin Ballard ("Plaintiff") and Defendant Insomniac Holdings, LLC ("Defendant") (collectively the "Parties"), respectfully submit this joint stipulation to enlarge Plaintiff's deadline to file his opposition to Defendant's motion to dismiss (ECF No. 14):

WHEREAS, Plaintiff's Complaint was filed on January 23, 2025;

WHEREAS, via stipulation filed on February 19, 2025, Defendant's deadline to respond to Plaintiff's Complaint was extended until March 27, 2025;

WHEREAS, Defendant filed its motion to dismiss on March 27, 2025;

WHEREAS, Plaintiff's opposition to Defendant's motion to dismiss is currently due on April 10, 2025;

WHEREAS, due to existing litigation conflicts, Plaintiff requires additional time to prepare and file his opposition to Defendant's motion to dismiss;

WHEREAS, the parties have met and conferred and agreed to (i) extend Plaintiff's deadline to oppose Defendant's motion to dismiss from April 10, 2025 to April 24, 2025 and (ii) extend Defendant's deadline to file a reply in support of its motion to May 5, 2025;

WHEREAS, there have been no previous requests to extend Plaintiff's deadline to oppose Defendant's motion to dismiss;

WHEREAS, the extension of the deadline to respond to the Complaint would not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, the parties stipulate that, subject to the Court's approval, Plaintiff's deadline to oppose Defendant's motion to dismiss will be extended from April 10, 2025, to April 24, 2025. Defendant's reply shall be due on May 5, 2025.

IT IS SO STIPULATED.

Dated: April 3, 2025

BURSOR & FISHER, P.A.

By */s/ Philip L. Fraietta*
Philip L. Fraietta
*Counsel for Plaintiff*

Dated: April 3, 2025

DTO LAW

By */s/ William A. Delgado*
William A. Delgado
*Counsel for Defendant*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

By: */s/ Philip L. Fraietta*
Philip L. Fraietta
Counsel for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS AMENDED BELOW:**

1. Plaintiff's deadline to oppose Defendant's motion to dismiss shall be extended to **April 24, 2025**.

2. Defendant's deadline to file its reply in support of its motion to dismiss shall be extended to **May 5, 2025**.

3. ***The hearing on the Motion is continued to May 30, 2025 at 10:00 a.m.***

Dated: April 3, 2025

Susan Illston
SUSAN ILLSTON
United States District Judge