UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUSTIN BALLARD,

        Plaintiff,

    v.

INSOMNIAC HOLDINGS, LLC,

        Defendant.

Case No. 25-cv-00811-SI

**ORDER ADMINISTRATIVELY CLOSING CASE**

This action is brought under the federal Video Privacy Protection Act ("VPPA"). On August 12, 2025, the Court issued a stay of proceedings pending the Ninth Circuit's decision in *Heather v. Healthline Media, Inc.*, No. 24-4168 (9th Cir. filed July 8, 2024). Dkt. No. 43. At issue in *Heather* is one of the central arguments defendant raised in its motion to dismiss: whether plaintiff qualifies as a "consumer" under the VPPA. The Court's prior Orders acknowledge there is a circuit split on this issue. *See id.*; *see also* Dkt. No. 30 at 6-10.

On January 26, 2026, the Supreme Court granted certiorari in *Salazar v. Paramount Global*, No. 25-459. At issue in *Salazar* is the same "consumer" definition question presented in *Heather*. Subsequently, the Ninth Circuit vacated the submission of *Heather* pending the Supreme Court's resolution in *Salazar*. *Heather*, No. 24-4168, Dkt. No. 35 (9th Cir. Jan. 30, 2026).

At the last status conference, the Court indicated that it was inclined to continue the stay and administratively close this case pending the Supreme Court's decision in *Salazar*. Dkt. No. 53. Neither party opposes, though plaintiff requests that the closing be "without prejudice to his ability to revive the case in the event of a *Salazar* reversal." Dkt. No. 55 at 3-4.

Accordingly, the Court hereby continues the stay of proceedings and orders the Clerk to administratively close this case. Should the Supreme Court reverse the Sixth Circuit's decision in

*Salazar* regarding the definition of a "consumer" under the VPPA, plaintiff may file an administrative motion requesting this case be reopened and restored to the active docket. Plaintiff shall do so **no later than 30 days** after the Supreme Court issues its decision. If plaintiff fails to move to reopen this case within the 30-day timeframe, this case will remain closed and plaintiff's claims will be deemed dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: March 31, 2026

_____

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2